**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| philosophy, inc., | No. CV-08-189-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| HoneyC, | |
| Defendant. | |

Plaintiff has filed a motion for default judgment. Dkt. #11. Rule 55 of the Federal Rules of Civil Procedure governs the entry of default judgment. Obtaining default judgment under Rule 55 is a two-step process. First, the Clerk must enter the non-appearing party's default under Rule 55(a). Once the party's default has been entered, either the Clerk or the Court enters default judgment under Rule 55(b). *See* Fed. R. Civ. P. 55; *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) (discussing two-step process under Rule 55).

In this case, the Clerk has not entered Defendant's default under Rule 55(a). The Court accordingly will deny Plaintiff's motion for default judgment without prejudice.

**IT IS ORDERED** that Plaintiff's motion for default judgment (Dkt. #11) is **denied** without prejudice.

DATED this 6th day of August, 2008.

David G. Campbell
United States District Judge